Walter Woznicki, a minor, by Mathew Woznicki, his next friend, defendant in error, v. C. G. Osterberg, trading as C. G. Osterberg and Son, defendant. Carl E. Osterberg, plaintiff in error. Gen. No. 37,290.

622

Peden, Melaniphy, Ryan & Andreas, for plaintiff in error; John C. Melaniphy, of counsel. Charles C. Spencer, for defendant in error.
Mr. Presiding Justice Hebel delivered the opinion of the court.